Law Office of Shmuel Klein, PC
113 Cedarhill Ave.
Mahwah, NJ 07430
(201) 529-3411

**FILED**
JAMES J. WALDRON, CLERK
FEB 28 2011
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____ x

In Re:
Eleanor A. Smith

_____ x

Chapter 13
Bankruptcy Case # 09-27768

## ~~PROPOSED~~ ORDER

Upon application by Law Office of Shmuel Klein PC for allowance for compensation for professional services rendered, as set forth in an application dated January 28, 2011, in the sum of $2,464.00, and for actual out-of-pocket expenses in the sum of $48.50, for a balance of $2,512.50, and BAC Home Loans Servicing, LP having paid $1,000.00, the balance of $1,512.50 is to be paid by the Debtor outside of the plan and not through the estate, and a hearing having been held thereon;

ORDERED

~~The~~ application is granted.

_____    2-28-11
ROSEMARY GAMBARDELLA
U.S. BANKRUPTCY JUDGE: